```
___ FILED ___ LODGED
___ RECEIVED ___ COPY

    OCT 12 2021

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
JASON CROWLEY
Assistant United States Attorney
Arizona State Bar No. 025427
Email: Jason.Crowley@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Adrian Hunter,<br><br>　　　　　Defendant. | No.　CR-21-08112-PCT-DJH (MTM)<br>**REDACTED**<br><br>**I N D I C T M E N T**<br><br>VIO:　18 U.S.C. §§ 1153, 2241(c) and 2246(2)<br>(CIR – Aggravated Sexual Abuse of a Child Under Age 12)<br>Counts 1 – 3<br><br>18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3)<br>(CIR – Abusive Sexual Contact of a Child Under Age 12)<br>Count 4 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or between about August 1, 2018, and September 1, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, ADRIAN HUNTER, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved intentional touching, not through the clothing, of the victim's genitalia with the defendant's finger, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246(2).

### COUNT 2

On or between about August 1, 2018, and September 1, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, ADRIAN HUNTER, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved intentional touching, not through the clothing, of the victim's genitalia with the defendant's penis, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2).

### COUNT 3

On or between about August 1, 2018, and September 1, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, ADRIAN HUNTER, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and the victim's mouth.

In violation of Title 18, United States Code, Sections 1153, 2241(c), and 2246(2).

### COUNT 4

On or between about August 1, 2018, and September 1, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, ADRIAN HUNTER, an Indian, did knowingly engage in a sexual contact with the victim, Jane Doe, a child under the age of 12. The sexual contact involved intentional touching, not through the clothing, of the victim's buttocks with the defendant's hand, with the intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, and is specifically alleged to have occurred during the same incident as the sexual acts charged in Counts 1 through 3.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5), and 2246(3).

/ /

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: October 12, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
JASON CROWLEY
Assistant U.S. Attorney